UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1138** |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "J"(3)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 17), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED.**

New Orleans, Louisiana, this 29th day of September, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE